IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Rita Medical Systems, Inc., | NO. C 05-03291 JW |
| Plaintiff(s), | **ORDER CONTINUING HEARING DATE AND CASE MANAGEMENT CONFERENCE** |
| v. | |
| Resect Medical , Inc. et al., | |
| Defendant(s). | |

The motion to strike currently set for December 12, 2005 and the case management conference currently set for December 19, 2005 are continued to January 23, 2006 at 9:00 a.m. The joint case management statement must be filed no later than January 11, 2006.

Dated: November 28, 2005       /s/James Ware
                               JAMES WARE
                               United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Daniel J. Bergeson dbergeson@be-law.com
Ina Stangenes istangenes@be-law.com
Lisa Kobialka lkobialka@perkinscoie.com
Melinda M. Morton mmorton@be-law.com
Paul J. Andre pandre@perkinscoie.com
Shreya N. Ramchandani sramchandani@perkinscoie.com

Dated: November 28, 2005                             Richard W. Wieking, Clerk

                                                     By:   /s/JW Chambers
                                                           Ronald L. Davis
                                                           Courtroom Deputy