IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA MEDICAL SYSTEMS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>RESECT MEDICAL, INC., a Delaware corporation, STEVEN DANIEL, individually, and DOES 1 to 100,<br><br>    Defendants.<br>                                          / | No. C 05-03291 WHA<br><br>**ORDER RE DISCOVERY** |

    On further reflection, the ruling yesterday is clarified to allow defendants the option to argue that the alleged trade secrets are not trade secrets on the merits (in addition to arguing that the form of the disclosure is not specific enough). Defendants will not be required to make the additional argument but may if they choose given the potential for intertwining of the two issues.

    **IT IS SO ORDERED.**

Dated: March 23, 2006

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE