1  DANIEL J. BERGESON, State Bar No. 105439; dbergeson@be-law.com
   INA STANGENES, State Bar No. 156559; istangenes@be-law.com
2  MELINDA M. MORTON, State Bar No. 209373; mmorton@be-law.com
   BERGESON, LLP
3  303 Almaden Boulevard, Suite 500
   San Jose, CA 95110-2712
4  Telephone:  (408) 291-6200
   Facsimile:   (408) 297-6000
5
   Attorneys for Defendants
6  RESECT MEDICAL, INC. and
   STEVEN DANIEL
7

8                           UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10                               SAN FRANCISCO DIVISION

11

12 | RITA MEDICAL SYSTEMS, INC., | Case No. C-05-03291-WHA
   | a Delaware Corporation,
13 |                                                | [Proposed] Order Re: Plaintiff's Letter
   |                              Plaintiff,        | Brief to Compel Defendants to Respond to
14 |                                                | Discovery
   |     vs.
15 |
   | RESECT MEDICAL, INC., a Delaware
16 | Corporation, STEVEN DANIEL, individually,
   | and DOES 1 to 100,
17 |
   |                              Defendants.
18

19
20
21
22
23
24
25
26
27
28

A telephone conference regarding Plaintiff Rita Medical Systems, Inc.'s ("Rita") Letter Brief dated March 8, 2006 was held on March 22, 2006. Shreya Ramchandani of Perkins Coie, LLP appeared on behalf of Rita. Melinda Morton of Bergeson, LLP appeared on behalf of Defendants, Resect Medical, Inc. and Steven Daniel (collectively "Defendants"). Upon considering Rita's letter brief, Defendants' opposition, and oral argument before the Court,

IT IS HEREBY ORDERED THAT:

1. Rita must produce its final trade secret disclosure pursuant to California Code of Civil Procedure Section 2019.210 ("2019.210 disclosure") by Monday, March 27, 2006. Should Defendants still contend that the 2019.210 disclosure is not "reasonably particular," Defendants have until Monday, April 3, 2006 to file a Motion for Partial Summary Judgment challenging the sufficiency of Rita's 2019.210 disclosure. Defendants have the option, but will not be required, to argue that the alleged trade secrets are not trade secrets on the merits (in addition to arguing that the form of the disclosure is not specific enough).

2. Defendants have until Monday, March 27, 2006 to respond to certain discovery requests. Rita has until Monday, April 3, 2006 to file a formal Motion to Compel concerning its discovery requests that are in dispute. The Motion to Compel shall be heard on the same day as Defendants' Motion for Partial Summary Judgment.

3. Oppositions and replies to any motion filed on Monday, April 3, 2006 will be due pursuant to the Local Rules of the Northern District of California.

IT IS SO ORDERED.

Dated: March 27, 2006

_____
The Honorable William H. Alsup
United States District Judge