```
 1  PAUL J. ANDRE, Bar No. 196585
    (Pandre@perkinscoie.com)
 2  LISA KOBIALKA, Bar No. 191404
    (Lkobialka@perkinscoie.com)
 3  RADHIKA TANDON, Bar No. 209126
    (Rtandon@perkinscoie.com)
 4  SHREYA RAMCHANDANI, Bar No. 232041
    (Sramchandani@perkinscoie.com)
 5  PERKINS COIE LLP
    101 Jefferson Drive
 6  Menlo Park, CA  94025-1114
    Telephone: (650) 838-4300
 7  Facsimile: (650) 838-4350

 8  Attorneys for Plaintiff
    RITA MEDICAL SYSTEMS, INC.
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| RITA MEDICAL SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>RESECT MEDICAL, INC., a Delaware corporation, STEVEN DANIEL, individually, and DOES 1 to 100,<br><br>Defendant. | CASE NO. C 05-03291 WHA<br><br>[PROPOSED]<br>**ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>DATE:      May 11, 2006<br>TIME:      8:00 a.m.<br>JUDGE:     Hon. William H. Alsup<br>LOCATION:  Courtroom 9 |

Plaintiff Rita Medical Systems, Inc.'s ("RITA") Administrative Motion for Leave to File Under Seal was heard before this Court on May 11, 2006, at 8:00 a.m. Upon consideration of this Motion, the Memorandum of Points and Authorities, and the supporting Declaration of Shreya Ramchandani filed therewith, the Court finds there to be good cause for granting RITA's request to file documents under seal.

[PROPOSED] ORDER GRANTING
MOTION TO FILE UNDER SEAL
CASE NO. C 05-03291 WHA

GOOD CAUSE having been shown, the Court finds that:

(1) The parties possess overriding confidentiality interests that overcome the right of public access to the record in the following documents:

1. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF RITA MEDICAL SYSTEMS, INC.'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, at 3-4, 8-9;**

2. **DECLARATION OF KEVIN NASH IN SUPPORT OF PLAINTIFF RITA MEDICAL SYSTEMS, INC.'S *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, at 3;**

3. **CONFIDENTIAL DECLARATION OF RYAN BLISS IN SUPPORT OF PLAINTIFF RITA MEDICAL SYSTEMS, INC.'S *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, at 2-4;**

4. **CONFIDENTIAL DECLARATION OF TONY SUTTON IN SUPPORT OF PLAINTIFF RITA MEDICAL SYSTEMS, INC.'S *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, at 3-5.**

(2) The parties' overriding confidentiality interests support sealing the record;

(3) A substantial probability exists that the parties' overriding confidentiality interests will be prejudiced if the record is not sealed;

(4) The proposed sealing is narrowly tailored; and

(5) No less restrictive means exist to achieve this overriding interest.

IT IS THEREFORE ORDERED that RITA's Motion for Leave to File Documents Under Seal is GRANTED.

IT IS SO ORDERED.

DATED: May 9, 2006

_____
The Honorable William H. Alsup
United States District Judge

[APPROVED — Judge William Alsup]