IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RITA MEDICAL SYSTEMS, INC.,

    Plaintiff,

v.

RESECT MEDICAL, INC.; and STEVEN DANIEL,

    Defendants.

No. C 05-03291 WHA

**ORDER RE TEMPORARY RESTRAINING ORDER**

Plaintiff Rita Medical Systems, Inc. filed an *ex parte* motion for a temporary restraining order on May 8, 2006, hoping to have its motion heard on May 11 in conjunction with defendants' motion for partial summary judgment. Rita has not shown good cause for seeking this extraordinary relief at this late juncture on such an expedited basis. The Court will discuss with the parties at the hearing on May 11 the possibility of an abbreviated schedule for Rita's motion for a preliminary injunction. Plaintiff's request, however, to have this motion heard on an expedited basis is **DENIED**.

**IT IS SO ORDERED.**

Dated: May 9, 2006

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE