DANIEL J. BERGESON, State Bar No. 105439; dbergeson@be-law.com
INA STANGENES, State Bar No. 156559; istangenes@be-law.com
MELINDA M. MORTON, State Bar No. 209373; mmorton@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Attorneys for Defendants
RESECT MEDICAL, INC. and
STEVEN DANIEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RITA MEDICAL SYSTEMS, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RESECT MEDICAL, INC., a Delaware Corporation, STEVEN DANIEL, individually, and DOES 1 to 100,<br><br>Defendants. | Case No. C-05-03291-WHA<br><br>[Proposed] **Order Re: Defendants' Letter Brief to Compel Plaintiff to Respond to Discovery** |

1    A telephone conference regarding Defendants' Resect Medical, Inc. ("Resect") and Steven Daniel (collectively "Defendants") Letter Brief dated May 3, 2006 was held on May 10, 2006. Ina Stangenes and Melinda Morton of Bergeson, LLP appeared on behalf of Defendants. Paul Andre and Shreya Ramchandani of Perkins Coie, LLP appeared on behalf of Plaintiff Rita Medical Systems, Inc. ("Rita"). Upon considering Defendants' letter brief, Plaintiff's opposition, and oral argument before the Court,

IT IS HEREBY ORDERED THAT:

1.    By Monday, May 15, 2006, Rita must produce all responsive documents to Resect's First Set of Requests For Production that were not previously produced and certify that it has produced all responsive documents. If Rita does not possess responsive documents for any of Resect's Requests, Rita shall so certify by May 15, 2006.

2.    Rita will supplement its responses to Defendant Resect's First Set of Interrogatories by Monday, May 15, 2006.

IT IS SO ORDERED.

Dated: _____May 15_____, 2006

_____
The Honorable William H. Alsup
United States District Judge

[APPROVED / Judge William Alsup / United States District Court / Northern District of California]

[Proposed] Order Re: Defendants' Letter Brief      - 1 -      Case No. CV 05-03291 WHA