IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RITA MEDICAL SYSTEMS, INC.,

    Plaintiff,

  v.

RESECT MEDICAL, INC.; and STEVEN DANIEL,

    Defendants.

No. C 05-03291 WHA

**CLARIFICATION OF ORDER DATED MAY 18, 2006**

Page 2, lines 9–10 of this Court's order dated May 18, 2006 granting in part and denying in part defendants' motion for partial summary judgment is hereby corrected to read "Daniel was director of product development at the time he left the company."

**IT IS SO ORDERED.**

Dated: May 23, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE