DANIEL J. BERGESON, State Bar No. 105439; dbergeson@be-law.com
INA STANGENES, State Bar No. 156559; istangenes@be-law.com
MELINDA M. MORTON, State Bar No. 209373; mmorton@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone:  (408) 291-6200
Facsimile:   (408) 297-6000

Attorneys for Defendants
RESECT MEDICAL, INC. and
STEVEN DANIEL

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| RITA MEDICAL SYSTEMS, INC.,<br>a Delaware Corporation,<br><br>                              Plaintiff,<br><br>         vs.<br><br>RESECT MEDICAL, INC., a Delaware<br>Corporation, STEVEN DANIEL, individually,<br>and DOES 1 to 100,<br><br>                              Defendants. | Case No. C-05-03291-WHA<br><br>[PROPOSED] ORDER RE: RITA<br>MEDICAL SYSTEMS, INC.'S  LETTER<br>BRIEF TO COMPEL DEFENDANTS TO<br>RESPOND TO DISCOVERY<br><br>Date:  June 2, 2006<br>Time:  9 a.m.<br>Judge:  Hon. William H. Alsup<br>Location:  Courtroom 9 |

A hearing regarding Plaintiff Rita Medical Systems, Inc.'s ("Rita") letter brief to compel Defendants Resect Medical, Inc. ("Resect") and Steven Daniel (collectively "Defendants") to respond to discovery was held on June 2, 2006 at 9:00 a.m. before the Honorable William H. Alsup. Ina Stangenes of Bergeson, LLP appeared on behalf of Defendants. Shreya Ramchandani of Perkins Coie, LLP appeared on behalf of Rita. Upon considering Rita's letter brief, Defendants' opposition, and oral argument before the Court,

IT IS HEREBY ORDERED THAT:

1.  Rita's motion to compel further responses to Request for Production Nos. 8, 13, 14, 20 and 21 (the "Requests") is denied and the Requests are quashed as overbroad.

2.  Rita's motion to compel a further response to Interrogatory No. 5 to Resect is denied and the interrogatory is quashed as overbroad.

3.  Rita's motion to compel a further response to Interrogatory No. 2 to Resect is granted, and Resect is ordered to provide a substantive response to this Interrogatory of at least two pages.

4.  Rita did not have substantial justification in bringing its motion to compel pursuant to Fed. R. Civ. Proc. 37 (a)(4)(B). Defendants are therefore awarded their reasonable attorneys' fees in having to oppose the motion, and counsel for Defendants are accordingly ordered to file a declaration setting forth their reasonable attorneys' fees in opposing the motion. Upon the Court's approval of the attorneys' fees proposed by Defendants, RITA will be ordered to pay the Court-approved amount to Defendants.

IT IS SO ORDERED.

Dated: _____ June 6 _____, 2006

APPROVED
Judge William Alsup

_____
The Honorable William H. Alsup

United States District Judge

[Proposed] Order Re: Plaintiff's Letter Brief                    Case No. CV 05-03291 WHA