DANIEL J. BERGESON, State Bar No. 105439
dbergeson@be-law.com
INA STANGENES, State Bar No. 156559
istangenes@be-law.com
MELINDA M. MORTON, State Bar No. 209373
mmorton@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Attorneys for Defendants
RESECT MEDICAL, INC. and
STEVEN DANIEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RITA MEDICAL SYSTEMS, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RESECT MEDICAL, INC., a Delaware Corporation, STEVEN DANIEL, individually, and DOES 1 to 100,<br><br>Defendants. | Case No. C-05-03291-WHA<br><br>[PROPOSED] ORDER AWARDING ATTORNEYS' FEES RE: RITA MEDICAL SYSTEMS, INC.'S LETTER BRIEF TO COMPEL DEFENDANTS TO RESPOND TO DISCOVERY<br><br>Date: June 2, 2006<br>Time: 9 a.m.<br>Judge: Hon. William H. Alsup<br>Location: Courtroom 9 |

---

[PROPOSED] ORDER RE: ATTORNEYS' FEES　　　　　　　　　　　　Case No. CV 05-03291 WHA

1   Further to the Court's June 6, 2006 Order Re: Rita Medical Systems, Inc.'s Letter Brief to
2   Compel Defendants to Respond to Discovery, and having considered the Declaration of Melinda
3   Morton in Response to Court's Order Awarding Attorneys' Fees,
4   IT IS HEREBY ORDERED THAT:
5   Defendants are awarded their reasonable attorneys' fees in having to oppose the motion in
6   the amount of $1425.00, payable to Defendants within five (5) business days of entry of this
7   Order.

9   IT IS SO ORDERED.

11  Dated: _____June 6_____, 2006   _____
12                                       The Honorable William H. Alsup
13                                       United States District Judge