United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RITA MEDICAL SYSTEMS, INC.,
a Delaware corporation,

    Plaintiff,

  v.

RESECT MEDICAL , INC., a Delaware corporation, STEVEN DANIEL, individually, and DOES 1 to 100,

    Defendants.

No. C 05-03291 WHA

**ORDER RE ROGERS DISCLOSURE**

    The letter dated October 4, 2006, from Ina Stangenes has been received. This is not so much a discovery dispute as a motion *in limine* to preclude Dr. Rogers' testimony. The motion should be presented as part of a formal motion to preclude at the final pretrial conference. Meanwhile, Ms. Stangenes will have to respond as best she can. The motion is **DENIED** without prejudice to formal submission of such a motion at the final pretrial conference.

    **IT IS SO ORDERED.**

Dated: October 5, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE