1  DANIEL J. BERGESON, State Bar No. 105439
   dbergeson@be-law.com
2  INA STANGENES, State Bar No. 156559
   istangenes@be-law.com
3  MELINDA M. MORTON, State Bar No. 209373
   mmorton@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
6  Facsimile: (408) 297-6000

7  MICHAEL E. DERGOSITS, State Bar No. 118206
   mdergosits@dergnoah.com
8  DERGOSITS & NOAH LLP
   Four Embarcadero Center #1450
9  San Francisco, CA 94111
   Telephone 415.705.6377
10 Facsimile: 415.705.6383
   mdergosits@dergnoah.com
11
   Attorneys for Defendants
12 RESECT MEDICAL, INC. and
   STEVEN DANIEL
13

14                UNITED STATES DISTRICT COURT

15              FOR THE NORTHERN DISTRICT OF CALIFORNIA

16                    SAN FRANCISCO DIVISION

| 17 | RITA MEDICAL SYSTEMS, INC., a Delaware Corporation, | Case No. C-05-03291-WHA |
|---|---|---|
| 18 | | **STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DISCOVERY** |
| 19 | Plaintiff, | |
| 20 | vs. | Dept.: Courtroom 9 |
| 21 | RESECT MEDICAL, INC., a Delaware Corporation, STEVEN DANIEL, individually, and DOES 1 to 100, | Judge: Hon. William H. Alsup |
| 22 | | |
| 23 | Defendants. | |

---

STIPULATION AND [PROPOSED] ORDER TO EXTEND          Case No.: C-05-03291-WHA
EXPERT DISCOVERY

WHEREAS, the Court's February 16, 2006 Case Management Order states that "A responding party may depose the adverse expert sufficiently before the deadline for the opposition or reply report so as to use the testimony in preparing the response. Experts must make themselves readily available for such depositions;" and

WHEREAS, Defendants' opposition reports are currently due on October 13, 2006; and

WHEREAS, Plaintiff's expert Dr. Allan L. Kretz is not available for a deposition until October 17, 2006;

IT IS HEREBY STIPULATED AND AGREED between Plaintiff Rita Medical Systems, Inc. on the one hand, and Defendants Resect Medical, Inc. and Steven Daniel, on the other hand, that:

1. Defendants' Opposition Reports will be due on Friday, October 20, 2006;
2. Plaintiff's Reply Reports will be due on Friday, October 27, 2006; and
3. The Expert Discovery Cut-off will be November 10, 2006.

Dated: October 6, 2006        BERGESON, LLP

By: /s/ Melinda Morton
Melinda M. Morton
Attorneys for Defendants
Resect Medical, Inc. and
Steven Daniel

PERKINS COIE, LLP

By: /s/ Sean Boyle
Sean Boyle
Attorneys for Plaintiff
Rita Medical Systems, Inc.

**IT IS SO ORDERED.**

Dated: October 10, 2006

_____
The Honorable William H. Alsup
United States District Judge

- 1 -
STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DISCOVERY      Case No.: C-05-03291-WHA