1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RITA MEDICAL SYSTEMS, INC., a
Delaware corporation,

        Plaintiff,

  v.

 RESECT MEDICAL , INC., a Delaware
corporation, STEVEN DANIEL, individually,
and DOES 1 to 100,

        Defendants.

_____/

No. C 05-03291 WHA

**ORDER RESETTING
HEARING ON
DISCOVERY DISPUTE**

The hearing on defendants' discovery dispute is hereby **CONTINUED** to **THURSDAY, OCTOBER 19, 2006, AT 1:30 P.M.**  The parties shall please remember to lodge chambers copies by noon of the next day following efiling of a document.

    **IT IS SO ORDERED.**

Dated:  October 17, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE