DANIEL J. BERGESON, State Bar No. 105439
dbergeson@be-law.com
INA STANGENES, State Bar No. 156559
istangenes@be-law.com
MELINDA M. MORTON, State Bar No. 209373
mmorton@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

MICHAEL E. DERGOSITS, State Bar No. 118206
mdergosits@dergnoah.com
Dergosits & Noah LLP
Four Embarcadero Center #1450
San Francisco, CA 94111
Telephone 415.705.6377
Facsimile: 415.705.6383
mdergosits@dergnoah.com

Attorneys for Defendants
RESECT MEDICAL, INC. and
STEVEN DANIEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RITA MEDICAL SYSTEMS, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RESECT MEDICAL, INC., a Delaware Corporation, STEVEN DANIEL, individually, and DOES 1 to 100,<br><br>Defendants. | Case No. C-05-03291-WHA<br><br>~~[PROPOSED]~~ ORDER RE: DISCOVERY DISPUTE<br><br>Hearing: October 19, 2006<br>Time: 1:30 p.m.<br>Dept.: Courtroom 9<br>Judge: Honorable William H. Alsup |

1    The hearing on Defendants Resect Medical, Inc.'s and Steven Daniel's Letter Briefs regarding certain discovery disputes was held on October 19, 2006 at 1:30 p.m., in Courtroom 9 of the above-entitled Court, the Honorable William H. Alsup, Judge presiding.

After considering the letter briefs, arguments of counsel and all other matters presented to the court, IT IS HEREBY ORDERED THAT:

    1.    Rita Medical Systems, Inc. ("Rita") shall produce all communications with the two testifying experts to Defendants by Tuesday, October 24, 2006. If there are any communications that Rita maintains are not relevant, Rita must file a declaration attaching the documents and explaining the basis for withholding the communications by Tuesday, October 24, 2006. Rita shall serve a copy of the declaration on Defendants without the documents.

    2.    Rita shall produce the documents bates-labeled RMS 026021-026031 and any additional documents that Rita represented to the Court were the same by October 30, 2006.

    3.    Rita shall produce all licensing and/or distribution agreements that Rita has entered into with third parties referring or relating to ablation devices by October 30, 2006.

    4.    Rita shall produce all board minutes that refer or relate to resection devices by October 30, 2006. Rita shall further send a letter stating that all board minutes referring or relating to resection devices have been produced. Defendants are entitled to instruct the jury that the board minutes that are produced by Rita are the only board minutes referring or relating to resection devices.

    5.    Rita shall produce documents sufficient to show revenues and expenses for the Habib device on a quarterly basis by October 30, 2006. If Rita is unable to compile such documents from Rita's accounting system, Rita may supply the figures by letter to the extent that it is possible to calculate these figures and not unduly burdensome to do so. If Rita is unable to calculate these figures or if such calculations will be unduly burdensome, Rita shall so inform Resect in a letter indicating the reasons why such calculations are not possible and/or unduly burdensome.

- 1 -
[PROPOSED] ORDER
Case No. CV 05-03291 WHA

      6.    Defendants' opposition report on damages will be due on November 2, 2006.

      7.    Rita's reply report on damages will be due on November 9, 2006. All other expert discovery deadlines shall remain the same.

IT IS SO ORDERED.

Dated: __October 25__, 2006

_____
The Honorable William H. Alsup
United States District Judge