| | |
|---|---|
| 1 | DANIEL J. BERGESON, State Bar No. 105439<br>dbergeson@be-law.com |
| 2 | INA STANGENES, State Bar No. 156559<br>istangenes@be-law.com |
| 3 | MELINDA M. MORTON, State Bar No. 209373<br>mmorton@be-law.com |
| 4 | BERGESON, LLP<br>303 Almaden Boulevard, Suite 500 |
| 5 | San Jose, CA 95110-2712<br>Telephone: (408) 291-6200 |
| 6 | Facsimile: (408) 297-6000 |
| 7 | MICHAEL E. DERGOSITS, State Bar No. 118206<br>mdergosits@dergnoah.com |
| 8 | DERGOSITS & NOAH LLP<br>Four Embarcadero Center #1450 |
| 9 | San Francisco, CA 94111<br>Telephone 415.705.6377 |
| 10 | Facsimile: 415.705.6383<br>mdergosits@dergnoah.com |
| 11 | |
| 12 | Attorneys for Defendants<br>RESECT MEDICAL, INC. and<br>STEVEN DANIEL |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RITA MEDICAL SYSTEMS, INC.,<br>a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RESECT MEDICAL, INC., a Delaware Corporation, STEVEN DANIEL, individually, and DOES 1 to 100,<br><br>Defendants. | Case No. C-05-03291-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DISCOVERY AND DEFENDANTS' DEADLINE FOR DISPOSITIVE MOTIONS**<br><br>Dept.: Courtroom 9<br>Judge: Hon. William H. Alsup |

STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DISCOVERY AND DEADLINE FOR DISPOSITIVE MOTIONS

Case No.: C-05-03291-WHA

1     WHEREAS, pursuant to the Stipulation and Order to Extend Expert Discovery dated October 10, 2006, the Expert Discovery Cut-off is November 10, 2006; and

    WHEREAS, Plaintiff's expert Dr. Stanley Rogers is not available for deposition until November 13, 2006, after the expert discovery cut-off; and,

    WHEREAS, the last date to file dispositive motions is November 16, 2006 pursuant to the Court's Case Management Order dated February 16, 2006;

    IT IS HEREBY STIPULATED AND AGREED between Plaintiff Rita Medical Systems, Inc. on the one hand, and Defendants Resect Medical, Inc. and Steven Daniel, on the other hand, that:

1. The Expert Discovery Cut-off will be November 13, 2006;
2. Defendants' last date to file dispositive motions shall be November 17, 2006 and such motions shall be heard 34 days after this deadline. Plaintiff's opposition and defendants' reply briefs shall be filed in accordance with Northern District Civil Local Rule 7-3.

Dated: November 8, 2006      BERGESON, LLP

By:    /s/ Ina Stangenes
    Ina Stangenes
    Attorneys for Defendants
    Resect Medical, Inc. and
    Steven Daniel

PERKINS COIE, LLP

By:    /s/ Amy Sun
    Amy Sun
    Attorney for Plaintiff
    Rita Medical Systems, Inc.

**IT IS SO ORDERED.**

Dated: __November 9_____, 2006      _____
    The Honorable William H. Alsup
    United States District Judge

- 1 -

STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DISCOVERY      Case No.: C-05-03291-WHA