**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RITA MEDICAL SYSTEMS, INC.,                    No. C 05-03291 WHA

       Plaintiff,

    v.                                         **ORDER RE JOINT REPORT ON
                                                 THE STATUS OF THE PARTIES'
RESECT MEDICAL, INC., and STEVEN                 ADR EFFORTS**
DANIEL,

       Defendants.
_____/

      With respect to the recent request that the Court refer the above-referenced matter to a

court-appointed settlement judge, the Court notes that the parties spurned earlier the opportunity

to have the case referred to a magistrate judge for mediation and preferred a private mediator.

This case is now too close to trial for any of the magistrate judges to work it into their busy

schedules.  As a result, the parties should contact the private mediator and see if a further

settlement discussion can be held prior to the trial date.  The trial, however, will not be

continued to accommodate the mediator's schedule or counsel's schedules.  If one side or the

other is unwilling to engage in further mediation, then it is unnecessary to contact the private

mediator.  In other words, this is not an order to mediate again.  It is a request to do so if it can

be done in a timely way.

      **IT IS SO ORDERED.**

Dated:  December 21, 2006

                           _____
                           WILLIAM ALSUP
                           UNITED STATES DISTRICT JUDGE