IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA MEDICAL SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RESECT MEDICAL, INC., and STEVEN DANIEL, <br><br> Defendants. | No. C 05-03291 WHA <br><br> **ORDER RE FILING SUMMARY JUDGMENT ORDER UNDER SEAL** |

The Court believes that there is no valid basis for filing the order on parties' motions for summary judgment under seal and thereby depriving the public of the right of access. Accordingly, the summary judgment order will be temporarily filed under seal, but will be made public on **JANUARY 11, 2007**, unless one or both parties show cause why the order should remain under seal. If any such request is made, counsel is reminded of their obligation to appreciate the administrative headache imposed on the Court (and the parties) in maintaining materials under seal. Please do not make a request without legitimate grounds for doing so.

**IT IS SO ORDERED.**

Dated: January 3, 2007

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE