1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RITA MEDICAL SYSTEMS, INC.,

        Plaintiff,

  v.

RESECT MEDICAL , INC., and STEVEN
DANIEL,

        Defendants.

                        /

No. C 05-03291 WHA

**NOTICE RE MOTIONS
IN LIMINE**

At the final pretrial conference, counsel should be prepared to address:

(1)    When plaintiff disclosed for the first time that lost profits (as opposed to a

        reasonable royalty or another basis) would be the category of damages sought;

(2)    When plaintiff disclosed for the first time that it contended it would have made

        every sale made by defendant;

(3)    When plaintiff disclosed the profit margin claimed for damages; and

(4)    What further discovery defense counsel would have taken had this information

        been provided sooner.

**IT IS SO ORDERED.**

Dated:  January 19, 2007

                                          
                    WILLIAM ALSUP
                    UNITED STATES DISTRICT JUDGE