IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA MEDICAL SYSTEMS, INC., | No. C 05-03291 WHA |
| Plaintiff, | |
| v. | **FURTHER QUESTION RE MOTIONS IN LIMINE** |
| RESECT MEDICAL, INC., and STEVEN DANIEL, | |
| Defendants.    / | |

Please also address the following issue at the final pretrial conference. Assuming that Daniel was obligated to assign his interest in the patent application and the invention to Rita, would Morris (and therefore Resect) still be a co-owner and therefore entitled to practice the invention without a license?

**IT IS SO ORDERED.**

Dated: January 19, 2007

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\WHAALL\2005Civ\05-03291 Rite Med\question re mils.wpd