IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA MEDICAL SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RESECT MEDICAL , INC., and STEVEN DANIEL, <br><br> Defendant. _____/ | No. C 05-03291 WHA <br><br> **ORDER CONTINUING TRIAL DATE** |

With the Court's condolences to Mr. Andre, the trial in the above-captioned matter will be postponed at his request to **FEBRUARY 12, 2007, AT 7:30 A.M.**

**IT IS SO ORDERED.**

Dated: January 29, 2007

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE