**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA MEDICAL SYSTEMS, INC., | No. C 05-03291 WHA |
| Plaintiff, | |
| v. | **ORDER RE DEFENDANTS' REQUEST TO PRESENT TESTIMONY VIA VIDEOCONFERENCING** |
| RESECT MEDICAL , INC., and STEVEN DANIEL, | |
| Defendants. | |
| _____/ | |

The Court has received notice that defendants wish to have a witness testify via videoconference link at trial. Defendants must file a formal motion stating the witness' name, why he or she cannot testify live, and the process defendants will use to set up the videoconference. There will be a hearing on this matter before trial.

Defendants are advised that they are wholly and completely responsible for setting up any necessary technology and ensuring that it works properly at trial.

**IT IS SO ORDERED.**

Dated: January 30, 2007

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE