# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

**CASE NO.: C05-3291 WHA (JCS)**

**CASE NAME:** Rita Medical Systems v. Resect Medical, Inc., et al.

**MAGISTRATE JUDGE JOSEPH C. SPERO**   **COURTROOM DEPUTY:** Karen Hom

**DATE:** January 31, 2007    **TIME:** 3.5 hrs  **COURT REPORTER:** Not Recorded

| **COUNSEL FOR PLAINTIFF:** | **COUNSEL FOR DEFENDANT:** |
|---|---|
| Lisa Kobialka | Melinda Morton |
|  | Ina Stangenes |
|  | Jay Fowler |

### PROCEEDINGS

X   SETTLEMENT CONFERENCE          ☐  FURTHER SETTLEMENT CONFERENCE

☐   DISCOVERY CONFERENCE

☐   STATUS CONFERENCE RE:

☐   TELEPHONIC CONFERENCE RE:

☐   OTHER:

CASE CONTINUED TO:            FOR

NOTES:

Parties reached an agreement in principle. Parties to draft and execute settlement agreements by Feb. 2, 2007.

cc:   Chambers, Dawn