1  DANIEL J. BERGESON, State Bar No. 105439
   dbergeson@be-law.com
2  INA STANGENES, State Bar No. 156559
   istangenes@be-law.com
3  MELINDA M. MORTON, State Bar No. 209373
   mmorton@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
6  Facsimile:   (408) 297-6000

7  MICHAEL E. DERGOSITS, State Bar No. 118206
   mdergosits@dergnoah.com
8  DERGOSITS & NOAH, LLP
   Four Embarcadero Center #1450
9  San Francisco, CA 94111
   Telephone:  (415) 705-6377
10 Facsimile:   (415) 705-6383

11 Attorneys for Defendants
   RESECT MEDICAL, INC. and
12 STEVEN DANIEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RITA MEDICAL SYSTEMS, INC., a Delaware Corporation,<br><br>                    Plaintiff,<br><br>    vs.<br><br>RESECT MEDICAL, INC., a Delaware Corporation, STEVEN DANIEL, individually, and DOES 1 to 100,<br><br>                    Defendants. | Case No. C-05-03291-WHA<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE - FR. CIV. P. 41(a)**<br><br>Trial Date:  February 12, 2007 |

STIPULATION OF DISMISSAL WITH PREJUDICE                                          Case No. CV 05-03291 WHA

IT IS HEREBY stipulated by and between the parties to this action through their counsel that all of plaintiff's claims in the above-captioned action be and hereby are dismissed with prejudice pursuant to FRCP 41(a)(1).  Each party shall bear its own attorney's fees and costs.

Dated:  February 7, 2007    PERKINS COIE LLP


By:_____/s/_____
        Paul J. Andre, Esq.
Attorneys for Plaintiff
RITA MEDICAL SYSTEMS, INC.


Dated:  February 7, 2007    BERGESON, LLP


By:_____/s/_____
        Ina Stangenes
Attorneys for Defendants
RESECT MEDICAL, INC. and
STEVEN DANIEL

- 1 -

STIPULATION OF DISMISSAL WITH PREJUDICE                    Case No. CV 05-03291 WHA